UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LEONARD FITZGERALD and JAVEL TAYLOR,

Defendants.

**ORDER**

11 Cr. 310 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that Joshua Draytell is appointed to represent Defendant Javel Taylor pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

Dated: New York, New York
April 13, 2011

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/11