UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                      :       11 Cr. 310 (PGG)

UNITED STATES OF AMERICA,      :

                                                      :       NOTICE OF PRETIAL
          – against –                  :       MOTIONS PURSUANT TO
                                                      :       RULE 12(b), FED.R.CRIM.P.

JAVEL TAYLOR,                           :

                                                      :       (filed electronically)
                  Defendant.                :

                                                      :
-------------------------------------------------------x

       PLEASE TAKE NOTICE, that upon the annexed Declaration of Joshua L. Dratel, Esq., the Exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, JAVEL TAYLOR, will move before the Honorable Paul G. Gardephe, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order:

    (a)    suppressing physical evidence seized from Mr. Taylor as fruit of his unlawful arrest in violation of the Fourth Amendment to the United States Constitution;

    (b)    suppressing statements elicited from Mr. Taylor in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966), and the Fifth and Sixth Amendments to the United States Constitution, and as the product of his unlawful arrest;

    (c)    suppressing the police identification of Mr. Taylor; and,

    (d)    for any such other and further relief as to the Court seems just and proper.

Dated: June 3, 2011
       New York, New York

                                              Respectfully submitted,

                                              /s/Joshua L. Dratel
                                              Joshua L. Dratel
                                              DRATEl & MYSLIWIEC, P.C.
                                              2 Wall Street, 3rd Floor
                                              New York, New York 10005
                                              (212) 732-0707
                                              jdratel@dratelmys.com

                                              *Attorneys for Defendant Javel Taylor*

To:    THE HON. PAUL G. GARDEPHE
        UNITED STATES DISTRICT JUDGE

        UNITED STATES ATTORNEY
        SOUTHERN DISTRICT OF NEW YORK