LAW OFFICES OF
# DRATEL & MYSLIWIEC, P.C.
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____           │
│ DATE FILED: 8/22/11         │
└─────────────────────────────┘
```

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

August 12, 2011

**BY FACSIMILE [(212) 805-7986]**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

*This application is granted*

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.
Dated: Aug. 22, 2011

Re:   *United States v. Taylor,*
      11 Cr. 310 (PGG)

Dear Judge Gardephe:

This letter is in regard to the above-entitled case, in which I represent Javel Taylor by CJA appointment, and requests, for the reasons set forth below, a one week extension of time – until August 26, 2011 – for both Mr. Taylor's and the government's simultaneous filing of post-hearing briefs with respect to Mr. Taylor's motion to suppress. This is the first request for an extension of time with respect to such briefing. I have spoken with Assistant United States Attorney Amy R. Lester, who has informed me that the government consents to this request.

Due to business travel that lasted from early last week through the beginning of this week, I did not receive or have an opportunity to review the hearing transcript until Wednesday, August 10, 2011. In addition, from next Monday, August 15, 2011, through Wednesday, August 17, 2011, I will be traveling to Colorado to visit a client confined at the ADX (administrative maximum) facility. Such visits are arranged specially and in advance, and the travel is pursuant to CJA funding (because it is an assigned case).

LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
August 12, 2011
Page 2 of 2

As a result, it is respectfully requested that the current August 19, 2011, date for simultaneous post-hearing briefing be adjourned one week until August 26, 2011. As noted above, the government consents to this request.

Respectfully submitted,

Joshua L. Dratel

JLD/saw

cc:   Amy R. Lester
      Assistant United States Attorney