*Docket + file*

LAW OFFICES OF
# DRATEL & MYSLIWIEC, P.C.
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

September 14, 2011

**BY FACSIMILE [(212) 805-7986]**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/11
```

Re:  *United States v. Taylor*,
     11 Cr. 310 (PGG)

Dear Judge Gardephe:

This letter is in regard to the above-entitled case, in which I represent Javel Taylor. In response to the Court's request for clarification with respect to which issues presented by Mr. Taylor in his pretrial motions remain for determination following the 21, 2011, evidentiary hearing, that part of Mr. Taylor's motion(s) seeking to suppress his identification is no longer viable as a result of the testimony at the hearing.

Respectfully submitted,

Joshua L. Dratel

JLD/saw

cc:  Amy R. Lester
     Assistant United States Attorney