UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAVEL TAYLOR,

Defendant.

**ORDER**

11 Cr. 310 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Trial in this action will begin on November 29, 2011, at 9:00 a.m., in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

It is hereby ORDERED that the parties shall submit any motions in limine, proposed voir dire questions, and requests to charge by November 11, 2011.

Dated: New York, New York
September 26, 2011

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/11