UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :        PRIOR FELONY INFORMATION

      - v. -        :        11 Cr. 310 (PGG)

JAVEL TAYLOR,        :

        Defendant.        :

- - - - - - - - - - - - - - -x

      The United States Attorney charges:

      1.   That on or about December 13, 2007, in New York Supreme Court, New York County, JAVEL TAYLOR, the defendant, was convicted of criminal possession of a controlled substance in the third degree, in violation of Penal Law 220.16(1), a Class B Felony, which resulted in a sentence of 42 months' imprisonment and three years post-release supervision.

      Accordingly, JAVEL TAYLOR, the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 812, 841(a), and 841(b)(1).

      (Title 21, United States Code, Section 851.)

                    _____
                    PREET BHARARA
                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAVEL TAYLOR,

Defendant.

PRIOR FELONY
INFORMATION

11 Cr. 310 (PGG)

PREET BHARARA
United States Attorney.