UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAVEL TAYLOR, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
11 Cr. 310 (PGG)**

TO:     Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case

in addition to the AUSAs already on the case and to add him as a Filing User to whom Notices of

Electronic Filing will be transmitted in this case.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney for the
      Southern District of New York

      by: _____/S/_____
          Ryan P. Poscablo
          Assistant United States Attorney
          (212) 637-2634

TO:     Joshua Dratel, Esq. (By ECF)