UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| -against- | 11 Cr. 310 (PGG) |
| JAVEL TAYLOR, | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

This matter is scheduled for trial on November 29, 2011. The parties previously filed submissions addressing the admissibility of similar act evidence pursuant to Rule 404(b) of the Federal Rules of Evidence. (Dkt. Nos. 35, 40) The parties' submissions do not address whether the Defendant's prior convictions should be admitted for impeachment purposes pursuant to Rule 609(a) of the Federal Rules of Evidence in the event that the Defendant testifies. The parties are hereby directed to file submissions addressing this question, with supporting case citations, by the close of business on November 23, 2011.

Dated: New York, New York
       November 21, 2011

SO ORDERED.

_Paul R. Gardephe_
Paul G. Gardephe
United States District Judge