```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,

       – against –    :    11 Cr. 310 (PGG)

JAVEL TAYLOR,

            Defendant.

------------------------------------------------------x

It is hereby ORDERED that Javel Taylor is allowed to bring with him from Court to Metropolitan Correctional Center, and to wear to Court for the duration of his trial, commencing November 29, 2011, the following items:

- one pair of black dress shoes
- one black suit jacket
- one pair of black suit pants
- one blue dress shirt
- one pair of black socks
- one blue polka dot tie

SIGNED THIS 28th DAY OF NOVEMBER 2011.

                                          _____
                                          PAUL G. GARDEPHE
                                          UNITED STATES DISTRICT JUDGE