USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/2/11_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAVEL TAYLOR,

Defendant.

**ORDER**

11 Cr. 310 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with the parties at the December 1, 2011 trial, the following

schedule will apply to the Defendant's motion for judgment of acquittal:

> 1. The Defendant will submit his motion for judgment of acquittal by **January**
>
>    **7, 2012**.
>
> 2. The Government will submit its opposition to Defendant's motion by
>
>    **January 21, 2012**.

In the event this Court proceeds with a sentencing of the Defendant, it will take

place on **March 6, 2012 at 10:00 a.m.** in Courtroom 6B of the United States Courthouse, 500

Pearl Street, New York, New York.

Dated: New York, New York
December 1, 2011

SO ORDERED.

Paul G. Gardephe
United States District Judge