UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                         :    11 Cr. 310 (PGG)

UNITED STATES OF AMERICA,      :

                         :    NOTICE OF MOTION FOR JUDGMENT

        – *against* –         :    OF ACQUITTAL, AND/OR NEW TRIAL

                              PURSUANT TO RULE 29(c) AND

                         :    RULE 33, FED.R.CRIM.P.

JAVEL TAYLOR,                :

                         :    (filed electronically)

            Defendant.     :

                         :
-------------------------------------------------------x

        PLEASE TAKE NOTICE, that upon the annexed Declaration of Joshua L. Dratel, Esq.,

the accompanying Memorandum of Law, and all prior papers and proceedings herein, the

defendant, JAVEL TAYLOR, will move before the Honorable Paul G. Gardephe, United States

District Judge for the Southern District of New York, at the United States Courthouse located at

500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for the

following relief:

       (a)      a judgment of acquittal, and/or new trial, on both counts of conviction pursuant to

                Rule 29(c), and Rule 33,  Fed.R.Crim.P.; and

for any such other and further relief as to the Court seems just and proper.

Dated:  6 January, 2012
New York, New York

Respectfully submitted,


____/S/ Joshua L. Dratel____
Joshua L. Dratel
Dratel & Mysliwiec, P.C.
Two Wall Street
Third Floor
New York, New York 10005
(212) 732-0707
jdratel@dratelmys.com

*Attorney for Defendant Javel Taylor*

To:   CLERK OF THE COURT

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK