

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2012

**BY FACSIMILE**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 920
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Jan. 13, 2012

Re:   **United States v. Javel Taylor,**
      **11 Cr. 310 (PGG)**

Dear Judge Gardephe:

      The Government respectfully submits this letter to request a one-week extension of time to file its response to defendant Javel Taylor's post-trial motion pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure, which is currently due on January 20, 2012. With the proposed extension, the Government's brief would be due on January 27, 2012. The Government has conferred with defense counsel, Joshua L. Dratel, Esq., about this request, and he has no objection, provided that the defense's time to reply is also extended by one week. Your Honor had not previously set a date for a reply brief, but the parties would propose that the defense reply be due two weeks after the Government's brief, on February 10, 2012.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: Amy Lester
Assistant United States Attorney
Tel.: (212) 637-2416

cc:   Joshua L. Dratel, Esq. (By Email)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2012
```