LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC

ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/12
```

February 21, 2012

**BY FACSIMILE [(212) 805-7986]**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

The Application is granted. Sentencing is adjourned to April 17, 2012
**SO ORDERED:**
*[signature]*
Paul G. Gardephe, U.S.D.J.
at 3:30 p.m.

Dated: Feb 27, 2012

Re:  *United States v. Taylor*,
     11 Cr. 310 (PGG)

Dear Judge Gardephe:

This letter is in regard to the sentencing of Javel Taylor, whom I represent in the above-entitled case. Mr. Taylor's sentencing is currently scheduled for Tuesday, March 6, 2012, at 2:30 p.m. However, for the reasons set forth below, it is respectfully requested that the sentencing be adjourned until mid-April 2012. I have spoken with Assistant United States Attorney Amy R. Lester, who has informed me that the government consents to this application.

The reasons for the requested adjournment are as follows: (a) I am scheduled to commence trial March 7, 2012, in *United States v. Yousef*, 08 Cr. 1213 (JFK). That trial is estimated to last approximately three weeks; (b) two weeks ago I suffered torn cartilage in my left knee, which has limited my mobility considerably. I begin a month-long regimen of physical therapy today in an effort to avoid any more complicated intervention; and (c) during the first two weeks of April I have case-related travel planned outside New York.

Accordingly, it respectfully requested that Mr. Taylor's sentencing be adjourned until the week of April 16, 2012. As noted above, the government consents to this application.

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/rd
cc: Amy R. Lester
    Assistant United States Attorney