UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAVEL TAYLOR,

             Defendant.

**ORDER**

11 Cr. 310 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that there will be a conference in this matter on **June 7, 2012 at 12:30 p.m.**

       It is further ORDERED that the sentencing of the Defendant presently scheduled for April 17, 2012 is adjourned to **June 19, 2012 at 10:00 a.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       April 2, 2012

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/12