UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAVEL TAYLOR,

                Defendant.

**ORDER**

11 Cr. 310 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this matter presently scheduled for June 13, 2012 is adjourned <u>sine die</u>. The sentencing of Defendant Javel Taylor will take place on **June 19, 2012 at 10:00 a.m.**

Dated: New York, New York
       June 6, 2012

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/12