LAW OFFICES OF
**DRATEL & MYSLIWIEC**
A PROFESSIONAL CORPORATION
2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/12
```

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

June 18, 2012

**BY FACSIMILE [(212) 805-7986]**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: June 18, 2012

Re:   *United States v. Taylor*,
       11 Cr. 310 (PGG)

Dear Judge Gardephe:

This letter is in regard to the sentencing of Javel Taylor, whom I represent in the above-entitled case. Mr. Taylor's sentencing is currently scheduled for Tuesday, June 19, 2012, at 10:00 a.m. However, for the reasons set forth below, and after discussion with Chambers, it is respectfully requested that the sentencing be adjourned until July 16, 2012, at 10:30 a.m. I have spoken with Assistant United States Attorney Amy R. Lester, who has informed me that the government consents to this application.

The adjournment is requested in order to provide the Court and the parties adequate time to review and respond to the sentencing submissions, which, with the Court' permission, would be due pursuant to the following schedule:

| | |
|---|---|
| Mr. Taylor's submission: | Friday, June 22, 2012 |
| Government's submission: | Friday June 29, 2012 |
| Mr. Taylor's Reply: | Monday, July 9, 2012 |

Accordingly, it respectfully requested that Mr. Taylor's sentencing be adjourned until July 16, 2012, with submissions due as set forth above. As noted above, the government consents to this application.

Respectfully submitted,

*/s/ Joshua L. Dratel*

Joshua L. Dratel

JLD/rd
cc: Amy R. Lester
    Assistant United States Attorney