LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/12

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

June 21, 2012

**BY FACSIMILE [(212) 805-7986]**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.

Dated: June 21, 2012

Re: *United States v. Taylor,*
    11 Cr. 310 (PGG)

Dear Judge Gardephe:

This letter is in regard the sentencing submission to be filed tomorrow, June 22, 2012, on behalf of Javel Taylor, whom I represent in the above-entitled case. For the reasons set forth below, it is respectfully requested that the Court provide Mr. Taylor an extension until Monday, June 25, 2012, to file his sentencing submission with the Court. It is also requested that the Court provide the government a corresponding extension from June 29, 2012, until July 2, 2012, to file its sentencing submission. These extensions will not otherwise alter the remainder of the schedule in this case, as counsel does not request any additional time to reply to the government's submission, and the sentencing issues will thus be fully briefed by Monday, July 9, 2012, as scheduled. Nor will these extensions necessitate an adjournment of Mr. Taylor's sentencing, currently scheduled for Tuesday, June 19, 2012, at 10:00 a.m. My associate, Lindsay A. Lewis, Esq., has spoken with Assistant United States Attorney Amy R. Lester, who has informed me that the government consents to this application.

The extension for filing of Mr. Taylor's sentencing submission is requested because counsel is awaiting the receipt of an important letter on Mr. Taylor's behalf, and to provide counsel necessary additional time to complete the sentencing submission on Mr. Taylor's behalf.

LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
June 21, 2012
Page 2 of 2

    Accordingly, it respectfully requested that this Court provide Mr. Taylor an extension until June 25, 2012, to file his sentencing submission, and that the Court provide the government a corresponding extension until July 2, 2012, to file its sentencing submission. As noted above, the government consents to this application.

                                          Respectfully submitted,

                                          Joshua L. Dratel

JLD/lal
cc: Amy R. Lester
    Assistant United States Attorney