Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern _____ District of New York _____

U.S. DISTRICT COURT
FILED
DEC 07 2012
D.S.
S.D. OF N.Y.

Caption:

United States v.

Javel Taylor

Docket No.: 11 Cr. 310-2 (PGG)

J. Gardephe
(District Court Judge)

Notice is hereby given that Javel Taylor appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ✓ sentence, trial and prior proceedings (specify) entered in this action on November 28, 2012 (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ]

Offense occurred after November 1, 1987?   Yes [✓] | No [ ]   N/A [ ]

Date of sentence: November 28, 2012   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel?   Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Joshua L. Dratel, Esq. |
| Counsel's Address: | Law Offices of Dratel & Mysliwiec |
| | 2 Wall Street, 3rd Floor, New York, New York 10005 |
| Counsel's Phone: | 212-732-0707 |
| Assistant U.S. Attorney: | Ryan Poscablo |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-2634 |

_____
Signature