CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States                                               v.

Javel Taylor

**DOCKET NUMBER:** 11 Cr. 310-2 (PGG)

**COUNSEL'S NAME:** Joshua L. Dratel, Esq.

**COUNSEL'S ADDRESS:** 2 Wall Street, 3rd Floor

New York, NY 10005

**COUNSEL'S PHONE:** 212-732-0707

U.S. DISTRICT COURT
FILED

DEC 0 7 2012

D.S.
S.D. OF N.Y.

**QUESTIONNAIRE**

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript.   Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[ ] Pre-trial proceedings:_____
(Description & Dates)

[ ] Trial:_____
(Description & Dates)

[✓] Sentencing: Sentencing of Javel Taylor, November 28, 2012
(Description & Dates)

[ ] Post-trial proceedings:_____
(Description & Dates)

I, Joshua L. Dratel_____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✓] CJA Form 24

_____                    12/06/2012
Counsel's Signature                              Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____         Estimated Number of Pages: _____

Estimated completion date: _____

_____                    _____
Court Reporter's Signature                        Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S.
District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**