Javel - Taylor # 64868-054
FCI - Beckley
P.O. Box 350
Beaver, WV 25813

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 13 2015

RECEIVED
SDNY PRO SE OFFICE
2015 MAR 13 P 3:02

02-06-2015

Re: Case # 11B cr. 310 (PGG)

Notice of Appeal

ATTN: Clerk of Court

Please accept this letter as a Notice of appeal to the order dated 01-28-2015 for a sentence reduction. It is also hereby requested that I be appointed Counsel to assist me on appeal.

Respectfully Submitted

x _____
Javel Taylor

(1)

Javel Taylor #64868-054
Beckley Federal Correctional Facility
P.O. Box 350
Beaver, WV 25813


CHARLESTON WV 250
10 MAR 2015 PM 1 L

⇔64868-054⇔
Pro Se Usdc Sdny
500 Pearl ST
NEW YORK, NY 10007
United States

RECEIVED
SDNY PRO SE OFFICE
2015 MAR 13 PM 2:05

10007131659

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 13 2015

RECEIVED
SDNY PRO SE OFFICE
2015 MAR 13 P 3:01

Javel Taylor
FCI - Beckley
P.O Box 350
Beaver, WV 25813

02/19/15

Case # 14 civ. 165 (PGG)

Attn: Clerk of Court,

Please accept this letter in lieu of a Notice of Appeal to the order dated 01-28-2015 in regards to the above listed Case #.

Respectfully Submitted,

x _____
Javel Taylor, pro se

Javel Taylor #64868-054
Beckley Federal Correctional Facility
P.O. Box 350, Beaver, WV 25813

CHARLESTON WV 253
03 MAR 2015 PM 1 L

☞64868-054☜
Pro Se Usdc Sdny
500 Pearl ST
NEW YORK, NY 10007
United States

10007131699

RECEIVED
SDNY PRO SE OFFICE
2015 MAR 13 P 2:54