USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVEL TAYLOR,

                Petitioner,

- against -

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

14 Civ. 165 (PGG)

11 Cr. 310 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Court's January 28, 2015 Orders, (see Criminal Dkt. Nos. 88, 89), would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

        The Clerk of the Court is directed to mail a copy of this Order to pro se Petitioner Javel Taylor, 64868-054, FCI Beckley, P.O. Box 350, Beaver, WV 25813, and to close this case.

Dated: New York, New York
         March 19, 2015

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge