UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7 | 21 | 15
```

JAVEL TAYLOR,

                Petitioner,

    - against -

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

14 Civ. 165 (PGG)

11 Cr. 310 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On January 28, 2015, this Court denied pro se Petitioner Javel Taylor's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. (Memorandum Opinion & Order (13 Civ. 103 Dkt. No. 21)) Because Taylor has not made a substantial showing that he suffered the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253; see Tankleff v. Senkowski, 135 F.3d 235, 241 (2d Cir. 1998).

The Clerk of the Court is directed to mail a copy of this Order to pro se Petitioner Javel Taylor, 64868-054, FCI Beckley, P.O. Box 350, Beaver, WV 25813, and to close this case.

Dated: New York, New York
      July 20 , 2015

                SO ORDERED.

                Paul G. Gardephe
                United States District Judge