Javel Taylor #
F.C.I. Beckley
P.O. Box 350
Beaver, WV 25813

Case # 11-CR-310 PGG

Clerk of Court
Southern Dist of New York
Daniel Patrick Moynihan Court
500 Pearl St.
New York, New York

Dear Clerk of Court,

Petitioner Javel Taylor brings to the courts attention a motion filed in the months of August 2015. Pertaining to case # 11-CR-310 PGG under pro se representation. The petitioner has concerns after some months of patiently waiting. No notice of the motion being entered was received, nor has any respondant answered. With full respect to the Court the movant in the case is simply seeking verification that the said document were entered. Petitioner is still currently being held in F.C.I. Beckley federal Institution.

Thank you