UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                            No. 11-CR-310-002 (PGG)
      - against -                                  No. 14 Civ. 165 (PGG)

                                                            DECLARATION

JAVEL TAYLOR,

           Defendant.
---------------------------------------------------------X

      JOSHUA L. DRATEL, pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

      1.  I am an attorney, I was appointed pursuant to the CJA to represent Javel Taylor, defendant in the above-captioned matter, in the district court.  This Declaration is submitted in compliance with the Court's May 17, 2016, Order (Docket # 22), with respect to the three specific issues identified in the Order's final paragraph.

      2.     In that regard:

           (a)     I do not have a record of informing Mr. Taylor that his conviction and sentence had been affirmed on appeal.  I have cover letters informing him of other events and developments in the case both before and subsequent, but not for that subject matter or during that time frame.  I do not have any recollection of any telephonic or other communication with Mr. Taylor regarding that subject or during that time frame;

           (b)     similarly, I do not have a record of informing Mr. Taylor informing him of the opportunity to file a Petition for Rehearing or a Petition for Certiorari.

Nor do I recall any telephonic or other communication with Mr. Taylor regarding that subject matter or during that time frame;  and

(c)   I moved to withdraw as Mr. Taylor's counsel by motion filed April 2, 2015 in the Second Circuit.  That motion was granted April 3, 2015.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  28 U.S.C. §1746.  Executed June 30, 2016.

_____
JOSHUA L. DRATEL